Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,*
*Tommy D. Davis*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TOMMY D. DAVIS,<br><br>         Plaintiff,<br><br>v.<br><br>GREEN TREE SERVICING, LLC, WEBBANK, SILVER STATE SCHOOLS CREDIT UNION, CAPITAL ONE AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>         Defendants. | Case No.: 2:15-cv-02355-JAD-NJK<br><br>Member Case No.: 2:15-cv-02368-JAD-NJK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT CAPITAL ONE**<br><br>**ORDER** |

KAZEROUNI LAW GROUP, APC
NEVADA, CALIFORNIA

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Tommy D. Davis ("Plaintiff") and Defendant Capital One ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only, in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 1st day of February 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**FERNALD LAW GROUP LLP**

By: /s/ Brandon Claus Fernald
Brandon Claus Fernald, Esq.
6236 Laredo Street
Las Vegas, NV 89146
(702) 410-7500
Fax: (702) 410-7520
Email: brandon.fernald@fernaldlawgroup.com
*Attorneys for Defendant Capital One*

## ORDER

The court **construes this stipulation** to dismiss plaintiff's claims against Capital One Bank with prejudice **[ECF 16] as a joint motion** under Local Rule 7-1(c) because it was signed by fewer than all parties to this case. Good cause appearing, it is HEREBY ORDERED that **the joint motion [ECF 16] is GRANTED, and all claims against Capital One Bank are DISMISSED with prejudice**, each party to bear its own fees and costs. Capital One's motion to dismiss [ECF 14] is DENIED as moot.

Dated: February 2, 2016.

_____
UNITED STATES DISTRICT JUDGE

KAZEROUNI LAW GROUP, APC
NEVADA, CALIFORNIA