1

2

3

4          UNITED STATES DISTRICT COURT

5          DISTRICT OF NEVADA

6          * * *

7  TOMMY D. DAVIS, et al.,                    Case No. 2:15-cv-02268-JCM-PAL
                                              Case No. 2:15-cv-02269-JCM-PAL
8                          Plaintiffs,        Case No. 2:15-cv-02355-JCM-PAL

9       v.                                    ORDER

10  DEPARTMENT    STORES    NATIONAL
    BANK, et al.,
11
                          Defendants.
12

13        Before the court is the Notice of Settlement Between Plaintiff and Defendant HSBC

14  Bank.  The parties advise that a settlement has been reached and that a stipulation to dismiss

15  should be filed within 60 days.  Accordingly,

16        **IT IS ORDERED** that Plaintiffs and Defendant HSBC Bank shall have until **August 1,**

17  **2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to

18  dismiss will be filed.

19        DATED this 31st day of May, 2016.

20

21                                            _____
    PEGGY A. LEEN
22  UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

                                    1