1

2

3

4                              UNITED STATES DISTRICT COURT

5                                    DISTRICT OF NEVADA

6                                          * * *

7    TOMMY D. DAVIS, et al.,                      Case No. 2:15-cv-02268-JCM-PAL
                                                  Case No. 2:15-cv-02269-JCM-PAL
8                                    Plaintiffs,  Case No. 2:15-cv-02355-JCM-PAL

9           v.                                                 ORDER

10   DEPARTMENT     STORES     NATIONAL
     BANK, et al.,
11
                                    Defendants.
12

13          Before the court is the Notice of Settlement Between Plaintiff and Defendant Silver State

14   Schools Credit Union.   The parties advise that a settlement has been reached and that a

15   stipulation to dismiss should be filed within 60 days.  Accordingly,

16          **IT IS ORDERED** that Plaintiffs and Defendant Silver State Schools Credit Union shall

17   have until **August 2, 2016,** to file a stipulation to dismiss, or a joint status report advising when

18   the stipulation to dismiss will be filed.

19          DATED this 7th day of June, 2016.

20

21                                                _____
                                                  PEGGY A. LEEN
22                                                UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

                                             1